944

No. 476, Misc. LOWE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 477, Misc. WAGNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 484, Misc. FLYNN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 491, Misc. BIRTCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 533, Misc. MARION v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 540, Misc. PASCAL v. BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 542, Misc. SHOE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 546, Misc. LOWE v. HUMPHREY, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for respondent.